NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

## IN RE THREE-DIMENSIONAL MEDIA GROUP, LTD.

―――――――――

2011-1055
(Reexamination No. 90/007,578)

―――――――――

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

―――――――――

**JUDGMENT**

―――――――――

SETH H. OSTROW, Ostrow Kaufman, LLP, of New York, New York, argued for the appellant. With him on the brief were MATTHEW L. KAUFMAN was ANTONIO PAPAGEORGIOU.

WILLIAM LAMARCA, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and SCOTT WEIDENFELLER, Associate Solicitor.

―――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PLAGER, and DYK, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 12, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |